## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

| | |
|---|---|
| UNITED STATES DISTRICT FOR THE SOUTHERN DISTRICT OF NEW YORK | Purchased/Filed: March 1, 2019<br>Index # 1:19-cv-01881-PAE |

*Raymundo Salvador Uraga Pavias, et al*     Plaintiff

against

*Jeannie's Deli Corp., et al*     Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY     SS.:

_____ James Perone _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ March 1, 2019 _____, at ___ 3:45 PM ___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint with Corporate Notice

on

_____ Jeannie's Deli Corp. _____, the Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, **2** true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee **40** dollars; That said service was made pursuant to Section **306 Business Corporation Law**. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served:  Approx. Age: __55-60__  Approx. Wt: __130lbs__  Approx. Ht: __5'3"__  
Color of skin: __White__   Hair color: __Black__   Sex: __Female__   Other: _____

Sworn to before me on this

__1st__ day of March 2019

_____  
HEATHER MORIGERATO  
NOTARY PUBLIC, STATE OF NEW YORK  
NO. 01MO6261464  
QUALIFIED IN ALBANY COUNTY  
COMMISSION EXPIRES MAY 14, 2020

_____  
James Perone  
Attny's File No.  
Invoice•Work Order # S1819398

***SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201***