# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

jandrophy@faillacelaw.com

August 27, 2019

**BY ECF**  
Honorable Paul A. Engelmayer  
United States District Judge  
United States Courthouse  
40 Centre Street  
New York, NY 10007

     Re:  **Uraga Pavias et al v. Jeannie's Deli Corp.**  
        **Case No. 19cv1881 (PAE)(SN)**

Dear Judge Engelmayer:

  This office represents Plaintiffs in the above referenced matter. I write to respectfully request that the Court extend the deadline to reopen the action by one month, from September 3, 2019 to October 3, 2019. Defendants consent to this request.

  The reason for the request is that the parties have not yet executed the settlement agreement, which was sent Defendants' counsel today. The parties continue to intend to settle the case as they agreed at a mediation, and are working to finalize the settlement agreement for execution. This is the first request for an extension of time.

  Alternatively, Plaintiffs ask that the Court deem this a request to reopen the action.

  Plaintiffs also respectfully request that the Court clarify whether it requires the parties to submit the settlement agreement for approval, as the settlement is of an FLSA action.

  I thank the Court for its time and attention.

              Respectfully Submitted,

              /s/ Joshua S. Androphy  
              Joshua S. Androphy

*Certified as a minority-owned business in the State of New York*

CC: Avrohom Gefen, Esq. (By ECF)
    *Attorney for Defendants*