### *Michael Faillace & Associates, P.C.*
60 East 42nd Street
Suite 4510
New York, NY 10165

Ph:(212) 317-1200          Fax:(212) 317-1620

Raymundo Salvador Uraga                                            October 3, 2019

|  | File #: | Jeannies |
|---|---|---|
| **Attention:** | Inv #: | Sample |

**RE:**   Raymundo Salvardo Uraga et al. v. Jeannie's Deli Corp., et al., 19-cv-1881
(SDNY

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Feb-28-19 | Reviewed and corrected complaint | 1.50 | 675.00 | MF |
|  | Final review of and correct the Complaint and file Summons & Complaint on ECF | 0.50 | 50.00 | PL |
| Mar-01-19 | Reviewed case opening initial assignment notice, downloaded and reviewed the Individual Practices of Judge Paul A. Engelmayer the assigned District Judge as well as the ECF Rules and Instructions | 0.20 | 90.00 | MF |
| Mar-04-19 | Reviewed court order referring case to magistrate judge | 0.10 | 45.00 | MF |
| Mar-21-19 | Reviewed court order granting letter motion for extension of time for Defendants to answer | 0.10 | 45.00 | MF |
| Apr-17-19 | Reviewed Initial pretrial conference order from Judge Order | 0.10 | 45.00 | MF |
| May-01-19 | call with defendant attorney, complete and sumbmit proposed case management plan and scheduling order | 0.40 | 160.00 | JA |
| May-08-19 | prepare for and attend initial conference | 0.10 | 40.00 | JA |
|  | Reviewed the court's mediation referral order along with the civil case management plan and | 0.20 | 90.00 | MF |

|  |  |  |  |  |
|---|---|---|---|---|
|  | scheduling order and calendared upcoming dates |  |  |  |
| May-30-19 | email D attorney re mediation dates and doc production; review draft disclosures and damages chart, case calendar | 0.20 | 80.00 | JA |
| Jul-02-19 | review documents produced by defendants, start chart summarizing records and instruct J Rivas on completion | 0.50 | 200.00 | JA |
|  | Drafted damages chart based off Plaintiffs claims | 1.50 | 150.00 | PL |
| Jul-03-19 | meet with clients to review records, adjust damages chart | 1.00 | 400.00 | JA |
|  | Created an excel sheet calculating damages based off Defendant's produced records | 1.00 | 100.00 | PL |
| Jul-08-19 | draft and submit mediation statement | 0.90 | 360.00 | JA |
| Jul-09-19 | Reviewed complaint and other documents in preparation for mediation | 0.20 | 90.00 | MF |
| Jul-10-19 | Attended Mediation with client and negotiated a resolution on client's behalf | 4.00 | 1,800.00 | MF |
| Aug-02-19 | call with D attorney draft and file letter advise of status | 0.20 | 80.00 | JA |
|  | Reviewed Court Order dismissing, discontinuing, and closing the case | 0.10 | 45.00 | MF |
| Aug-07-19 | draft settlement agreement | 0.50 | 200.00 | JA |
| Aug-08-19 | Finalize settlement agreement and draft confessions of judgment | 0.40 | 40.00 | PL |
| Aug-27-19 | worked   on settlement agreement, draft and file letter for extension of time | 0.50 | 200.00 | JA |
| Aug-28-19 | Reviewed Court Order granting the request to extend the deadline to reopen the action until October 3, 2019 | 0.10 | 45.00 | MF |
| Oct-03-19 | draft fairness submission; arrange for plaintiff signatures, file final fairness letter and agreement | 1.00 | 400.00 | JA |

| | | | |
|---|---|---|---|
| Translated the entire settlement agreement for Plaintiffs so that they may review and sign | 0.50 | 50.00 | PL |
| Totals | 15.80 | $5,480.00 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Feb-28-19 | File Complaint | 400.00 |
| Mar-04-19 | Service on Delicious Food Mart, Inc. | 70.00 |
| | Service on Jeannie's Deli Corp. | 70.00 |
| | Service on Park Fresh Deli Express Corp. | 77.00 |
| Mar-05-19 | Service on Isabel Doe | 50.00 |
| | Service on Richie Doe | 50.00 |
| | Service on Suk N Park | 50.00 |
| | Totals | $767.00 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$6,247.00** |
| **Balance Now Due** | **$6,247.00** |